IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC DEMETRIC HOSEY, # 193503, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIV. ACT. NO.  2:12cv400-TMH |
| ) | (WO) |
| J.C. GILES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On June 15, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 4).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for the failure of the plaintiff to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A).

Done this the 17th day of July, 2012.

                                                /s/ Truman M. Hobbs
                                            TRUMAN M. HOBBS
                                            SENIOR UNITED STATES DISTRICT JUDGE